THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO CARDENAS, Appellant. [918 NYS2d 48]—

No opinion. Prudenti, P.J., Covello, Eng and Lott, JJ., concur.